1

2

3

4

5                                          ***E-FILED - 12/15/08***

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9

                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   JAMES D. SMITH,                    )    C 08-5298 RMW (PR)
12                                     )
                 Petitioner,           )    JUDGMENT
13                                     )
        vs.                            )
14                                     )
   GREGORY AHERN,                      )
15                                     )
                 Respondent.           )
16 _____   )

17

18        The court has dismissed this action without prejudice. A judgment of dismissal without

19 prejudice is hereby entered.  The clerk shall close the file.

20        IT IS SO ORDERED.

21 DATED: ___12/12/08___                    *Ronald M. Whyte*
                                            _____
22                                          RONALD M. WHYTE
                                            United States District Judge
23

24

25

26

27

28